# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

### Gregory R. ROSE
### Health Specialist First Class (E-6), U.S. Coast Guard

### CGCMSP 25012
### Docket No. 1489

### 19 December 2023

Special court-martial sentenced adjudged on 09 March 2022.

| | |
|---|---|
| Military Judge: | CDR Jeffery C. Barnum, USCG |
| Appellate Defense Counsel: | CDR Jennifer S. Saviano, USCG |

## BEFORE
## McCLELLAND, HAVRANEK & BRUBAKER
### Appellate Military Judges

Per curiam:

A special court-martial consisting of a military judge alone under Article 16(c)(2), Uniform Code of Military Justice (UCMJ), convicted Appellant, consistent with his pleas entered in accordance with a plea agreement, of one specification of negligent dereliction of duty in violation of Article 92, UCMJ. Appellant was sentenced to reduction to E-5 and a punitive letter of reprimand. Judgment was entered accordingly.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

## Decision

We determine that the findings and sentence are correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Sarah P. Valdes
Clerk of the Court